NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


COY RUCKER,                                 )
                                            )
            Appellant,                      )
                                            )
v.                                          )            Case No.  2D19-2989
                                            )
STATE OF FLORIDA,                           )
                                            )
            Appellee.                       )
                                            )
_____)

Opinion filed September 30, 2020.

Appeal from the Circuit Court for
Hardee County; Michael E. Raiden,
Judge.

Howard L. Dimmig, II, Public
Defender, and Julius J. Aulisio,
Assistant Public Defender, Bartow,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Blain A. Goff,
Assistant Attorney General, Tampa,
for Appellee.

PER CURIAM.


                    Affirmed.


MORRIS, LUCAS, and ATKINSON, JJ., Concur.